```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

**RACHAEL LEMBERG**              :
                                 :
                                 :
                                 :
                                 :    CIVIL NO. AW-12-621
v.                               :
**PIONEER CREDIT RECOVERY, INC.** :
                                 :
                                 :
                                 :

```
                  SETTLEMENT ORDER
                     (LR 111.1)
```

The Court, having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third party claims, if any.

IT IS ORDERED that this action is hereby dismissed with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to re-open this action if settlement is not consummated.

IT IS FURTHER ORDERED that the Clerk of the Court close this case and serve copies of this Order, by CM/ECF notification, to all counsel of record.

**April 4, 2012**                          //s//
Date                              Alexander Williams, Jr.
                                  United States District Judge